**No. 39274.**—Protests 755369–G, etc., of Jas. McCreery & Co. et al. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) the articles in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

**No. 39275.**—Protests 516893–G, etc., of Globe Shipping Co. et al. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of boxes and atomizers chiefly used in the household for utilitarian purposes or hollow ware.   The claim at 40 percent under paragraph 339 was therefore sustained.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.

**No. 39276.**—Protest 557206–G of American Import Co. (Los Angeles).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel inkwells plated with silver were held dutiable at 50 percent under paragraph 339 as claimed.

BEFORE THE THIRD DIVISION, AUGUST 24, 1938

**No. 39277.**—Petitions 5394–R, etc., of Osaki Shoten, Ltd. (Honolulu).

Opinion by EVANS, J.   From the reports of the appraiser and collector it appeared that the importer had no knowledge of the coal-tar content of the importation in question.   On the record presented the petitions were granted.

**No. 39278.**—Petition 5395–R of K. Ooka (Honolulu).

Opinion by EVANS, J.   From the reports of the collector and appraiser it appeared that the importer had no knowledge of the correct value of the merchandise. On the record presented the petition was granted.

**No. 39279.**—Petition 5642–R of Hannah Shui Lan Woo (Honolulu).

Opinion by EVANS, J.   From the record it was found that the petitioner acted in good faith.   The petition was therefore granted.